# Court of Appeals
# of the State of Georgia

ATLANTA,  September 20, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0335.  MARION CORDY v. THE STATE.**

In 2000, a jury found Marion Cordy guilty of armed robbery, possession of a firearm during the commission of a felony, and possession of a firearm by a convicted felon. The trial court sentenced Cordy to life in prison without parole. We affirmed his convictions on appeal. *Cordy v. State*, 257 Ga. App. 726 (572 SE2d 73) (2002). We also affirmed the denial of Cordy's first motion to vacate a void sentence in an unpublished opinion. *Cordy v. State*, Case No. A15A0609 (decided February 3, 2015). Cordy subsequently filed another motion to vacate a void sentence, which the trial court denied. Cordy filed both an application for discretionary appeal and this direct appeal from that order. We dismissed Cordy's application for discretionary appeal because it was untimely and because he did not raise a valid void-sentence claim. See Case No. A19D0007 (decided August 2, 2018). As a result, the doctrine of res judicata bars Cordy from seeking further appellate review of the trial court's order. See *Norris v. Norris*, 281 Ga. 566, 567-568 (2) (642 SE2d 34) (2007); see also *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000) ("It is axiomatic that the same issue cannot be relitigated ad infinitum. The same is true of appeals of the same issue on the same grounds."). In light of the foregoing, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __09/20/2018__

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*